Judge Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-260RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER DENYING MOTION TO REDUCE SENTENCE |
| KAHSAY MAMO ABRAHA, | ) | |
| Defendant. | ) | |

This Court, having reviewed the motion of the defendant to reduce his sentence pursuant to Title 18, United States Code, Section 3582, and the government's response,

//
//
//
//
//
//
//
//
//
//
//
//

Order Denying Motion to Reduce Sentence – 1
Abraha/CR05-260RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1   IT IS NOW ORDERED that the motion to reduce sentence is denied.

2   DATED this 12th day of May, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

s/ Douglas B. Whalley
DOUGLAS B. WHALLEY
Assistant United States Attorney

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
(206) 553-4882, Fax:  (206) 553-4440
E-mail: douglas.whalley@usdoj.gov
Washington State Bar #4625

Order Denying Motion to Reduce Sentence – 2
Abraha/CR05-260RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970